UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMONE WILSON | CIVIL ACTION |
| VERSUS | NO:      10-4388 |
| NEW ORLEANS CITY, ET AL. | SECTION: "J" (4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Jamone Wilson claims pursuant to 42 U.S.C. § 1983 against the defendants, New Orleans City and the Custodians of House of Detention/Medical Department are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted and/or for naming a defendant who is immune from suit, pursuant to Title 28 U.S.C. § 1915(e), § 1915A, and § 1997e.

New Orleans, Louisiana, this 14th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE